**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARYUS D. SULLIVAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-657-RAH-CWB |
| | ) | |
| **RUSSELL COUNTY SHERIFF DEPT.,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By Order entered November 18, 2024 (Doc. 6), Plaintiff was informed that the $350.00 filing fee would be collected in full from funds deposited into his inmate account. *See also* 28 U.S.C. § 1915(b)(1). The Court advised that "he may voluntarily request dismissal and request that no filing fee be collected." (Doc. 6 at p. 2.)

In response, Plaintiff filed a Motion to Dismiss (Doc. 11) wherein he requests that the case be dismissed and that he be excused from paying the filing fee. The court construes Plaintiff's filing as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** as follows:

1. The Recommendation of the Magistrate Judge (Doc. 7) is **REJECTED** as moot;

2. All pending motions are **DENIED** as moot;

3. Defendants are relieved of the obligations imposed by the November 19, 2024 Order (Doc. 8);

4. This case is **DISMISSED** without prejudice under Rule 41(a)(1)(A)(i); and

5. No filing fee be collected from Plaintiff.

1

DONE, on this the 3rd day of December 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE